```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


PATRICK BOUDREAUX                             CIVIL ACTION

VERSUS                                        NO. 10-1442

TERREBONNE PARISH CONSOLIDATED                SECTION "I" (4)
GOVERNMENT
```

      This Court has been advised that the above-captioned case has settled.  Counsel are thanked for their assistance.

      New Orleans, Louisiana, this 3rd day of March, 2011.

```
                              _____
                              LANCE M. AFRICK
                              UNITED STATES DISTRICT JUDGE
```